# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCELY FANFAN, MARIA LADONADO CRUZ, and ELESBAN ANGEL MENDEZ,<br><br>　　　　　Petitioners-Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary of Homeland Security, CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; PAMELA JO BONDI, Attorney General in their official capacities,<br><br>　　　　　Respondents-Defendants. | Case No.: 25cv3291 DMS (BJW)<br><br>**ORDER REQUIRING RESPONSE TO EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

On November 25, 2025, Petitioners-Plaintiffs filed a Class Complaint and Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. On November 26, 2025, Petitioners-Plaintiffs filed an Ex Parte Motion for a Temporary Restraining Order seeking their immediate release and prohibiting their redetention absent a hearing at which the

1

1  government shows a material change in circumstances justifying their redetention.
2  Respondents shall file their opposition to the Motion on or before by **December 3, 2025**.
3  Petitioners-Plaintiffs' reply shall be filed on or before **December 5, 2025**. The Court will
4  hear argument on the motion on **December 8, 2025**, at **10:00 a.m.**

**IT IS SO ORDERED**.

Dated:  November 26, 2025

Hon. Dana M. Sabraw
United States District Judge