# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCELY FANFAN, MARIA LADONADO CRUZ, and ELESBAN ANGEL MENDEZ, <br><br>       Petitioners-Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, Secretary of Homeland Security, CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; PAMELA JO BONDI, Attorney General in their official capacities, <br><br>       Respondents-Defendants. | Case No.:  25cv3291 DMS (BJW) <br><br> **ORDER CONTINUING HEARING** |

     Due to a conflict on the Court's calendar, the December 8, 2025 hearing is continued to **December 11, 2025**, at **2:00 p.m.**

     **IT IS SO ORDERED**.

Dated:  December 3, 2025

Hon. Dana M. Sabraw
United States District Judge

1