**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Chancely FANFAN, María MALDONADO CRUZ, and Elesban ANGEL MENDEZ,

      *Plaintiff-Petitioners*,

  v.

Markwayne MULLIN, Secretary of Homeland Security; Christopher J. LAROSE, Warden, Otay Mesa Detention Center; Daniel A BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; Todd M. LYONS, Acting Director, United States Immigration and Customs Enforcement; Todd BLANCHE, Acting Attorney General, *in their official capacities,*

      *Defendant-Respondents*.

**CASE NO.: 25-CV-3291-DMS-BJW**

**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CLASS COMPLAINT AND PETITION**

Before the Court is the Parties' Joint Motion to Continue Hearing on Defendants' Motion to Dismiss Plaintiffs' Class Complaint and Petition. Good cause appearing, the joint motion is **GRANTED**. The hearing date is continued to **July 24, 2026**, at **1:30 p.m. Plaintiffs' Response to Defendants' Motion is due July 10, and Defendants' Reply is due July 17, 2026.**

**IT IS SO ORDERED**.

Dated:  April 28, 2026

Hon. Dana M. Sabraw
United States District Judge