# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

CHANCELY FANFAN, MARIA LADONADO CRUZ, and ELESBAN ANGEL MENDEZ,

                    Petitioners-Plaintiffs,

v.

KRISTI NOEM, Secretary of Homeland Security, CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; PAMELA JO BONDI, Attorney General in their official capacities,

                    Respondents-Defendants.

Case No.:  25cv3291 DMS (BJW)

**ORDER RE: ORAL ARGUMENT**

Petitioners-Plaintiffs' motions for provisional class certification and for class-wide order postponing effective date of agency action are currently set for hearing on May 12, 2026.  The Court finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the May 12, 2026 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  May 11, 2026

Hon. Dana M. Sabraw
United States District Judge

1