# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANCELY FANFAN, MARIA LADONADO CRUZ, and ELESBAN ANGEL MENDEZ, | Case No.: 25cv3291 DMS (BJW) |
| Petitioners-Plaintiffs, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| KRISTI NOEM, Secretary of Homeland Security, CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; PAMELA JO BONDI, Attorney General in their official capacities, | |
| Respondents-Defendants. | |

Defendants' motion to dismiss is currently set for hearing on July 24, 2026. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the July 24, 2026 hearing is vacated.

**IT IS SO ORDERED**.

Dated: July 20, 2026

Hon. Dana M. Sabraw
United States District Judge

1

25cv3291 DMS (BJW)