**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHANCELY FANFAN, MARIA LADONADO CRUZ, and ELESBAN ANGEL MENDEZ,

Petitioners-Plaintiffs,

v.

Markwayne MULLIN, Secretary of Homeland Security; Christopher J. LAROSE, Warden, Otay Mesa Detention Center; Daniel A BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; Todd M. LYONS, Acting Director, United States Immigration and Customs Enforcement; Todd BLANCHE, Acting Attorney General, in their official capacities,

Respondents-Defendants.

Case No.: 25cv3291 DMS (BJW)

**ORDER RE: ORAL ARGUMENT**

Petitioners-Plaintiffs' motion for provisional class certification is currently before this Court. This Court previously vacated oral argument on this motion. (ECF No. 31.) However, upon further review, this Court finds oral argument suitable. Accordingly, this Court sets oral argument for **Friday, October 23, at 1:00 p.m.** The hearing set for October 16, 1:30 p.m., is hereby vacated. The parties should be prepared to discuss:

(1) Whether the inclusion of class members subject to 8 U.S.C. 1226(c) presents any issues to class certification under Fed. R. Civ. P. 23(a)(2) or (b)(2);

(2) Whether any other statutory sub-groups present similar issues;

(3) Whether any such issues can be cured by subclassing or narrowing the class definition.

**IT IS SO ORDERED**.

Dated: October 1, 2026

Hon. Dana M. Sabraw
United States District Judge