**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHANCELY FANFAN, MARIA MALDONADO CRUZ, and ELESBAN ANGEL MENDEZ,

Petitioners-Plaintiffs,

v.

KRISTI NOEM, Secretary of Homeland Security, CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; TODD BLANCHE, Attorney General in their official capacities,

Respondents-Defendants.

Case No.: 25-cv-3291-DMS-BJW

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER**

Having considered Defendants' Ex Parte Application for Extension of Time to File Answer, and good cause appearing, the Court **GRANTS** the request. Defendants' current Answer deadline of October 6, 2026, is **CONTINUED** to forty-five days following the Court's decision on Plaintiff's pending motions for provisional class certification and stay of agency action.

**IT IS SO ORDERED**.

Dated: October 1, 2026



Hon. Dana M. Sabraw
United States District Judge